## CITY OF ATLANTA *v.* PATE.

ATKINSON, J. 1. The court did not err in refusing to declare a mistrial.
2. The evidence supported the allegations in the petition, and was sufficient to support the verdict. See *Pate* v. *Atlanta*, 119 *Ga.* 671.
*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

Argued May 24,—Decided July 5, 1906.

Action for damages. Before Judge Reid. City court of Atlanta. September 18, 1905.

The suit was on account of an alleged injury from a fall into an unlighted and unguarded excavation in a public street. The plaintiff obtained a verdict for $500, and the defendant excepted to the refusal of a new trial. One of the grounds was that the court erred in not declaring a mistrial on motion based on the following occurrence: One of the defendant's witnesses, having been examined, was recalled by the plaintiff's counsel at a later period in the trial, and was asked, "Did you have a claim against the city?" On objection the judge stated that he did not see how that was relevant; and plaintiff's counsel said, "If she had a claim against the city and had been settled with, it would be admissible on the question of the credibility of her testimony." The question was ruled out.

*J. L. Mayson* and *W. P. Hill,* for plaintiff in error.

*Westmoreland Brothers,* contra.